# Exhibit 8

**Exhibit 8: U.S. Patent No. 10,034,260**

## I. Claim 12

| Claim | Identification |
|---|---|
| 12[pre] A first wireless device, comprising: | To the extent the preamble is limiting, the Accused Products (see Appendix below) comprise or constitute a first wireless device. |
| 12[a] a processor configured to: | The Accused Products comprise a processor configured as claimed.<br><br>For example, the Arcadyan G5AR gateway comprises a Mediatek Wi-Fi chip 7996A having an ARM processor.<br><br><br><br>Source: https://apps.fcc.gov/eas/GetApplicationAttachment.html?id=8361538 |
| 12[b] receive a first message transmitted from a second device using wireless short-range communication when the first wireless device is within communication range of the second device, wherein the first message automatically initiates a registration process with an access point (AP) of a wireless | The Accused Products receive a first message transmitted from a second device using wireless short-range communication when the first wireless device is within communication range of the second device, wherein the first message automatically initiates a registration process with an access point (AP) of a wireless local area network (WLAN) associated with the first wireless device, further wherein the wireless short-range communication provides for communications to and from the second device, and wherein the first message is transmitted by the second device.<br><br>For example, the Arcadyan G5AR gateway receives a multi-link probe request transmitted by a user equipment (UE) using Wi-Fi when the G5AR gateway is in range of the UE. The multi-link probe request solicits information on multiple access points with the G5AR multilink device (AP MLD) using wireless short-range |

| Claim | Identification |
|---|---|
| local area network (WLAN) associated with the first wireless device, further wherein the wireless short-range communication provides for communications to and from the second device, and wherein the first message is transmitted by the second device; | communication (e.g., based on IEEE 802.11be / Wi-Fi 7 using single band/link) when the first wireless device is within communication range of the second device.<br><br>The first message (e.g., the multi-link probe request) automatically initiates a registration process (e.g., MLO discovery and ML setup) with an access point (AP) (e.g., AP MLD) of a wireless local area network (WLAN) (e.g., based on IEEE 802.11be / Wi-Fi 7 using multi-bands/links) associated with the first wireless device (e.g., the AP affiliated with the AP MLD). The wireless short-range communication (e.g., based on IEEE 802.11be / Wi-Fi 7 using single band/link) provides for communications with the second device. The first message (e.g., the multi-link probe request) is transmitted by the second device (e.g., the non-AP STA affiliated with the non-AP MLD).<br><br>For example: Wireshark captures from Arcadyan TMO-G5AR gateway serial number JA2BB4AE7 indicates support for 802.11be multi-link operation. |

<table>
<tr><th>Claim</th><th>Identification</th></tr>
<tr><td></td><td>


Source: Wireshark captures of Beacon frames from Arcadyan G5AR gateway
</td></tr>
</table>

| Claim | Identification |
|---|---|
| | For example: Arcadyan G5AR router indicates support for 802.11be. 802.11be provides multi-link operation.<br>**T-Mobile 5G Gateway (G5AR and G5SE)**<br>**Wi-Fi Connectivity**<br>• Wi-Fi 7 (11ax/11be 4x4 – 2.4G/5G/6G)<br>• Seamless roaming<br><br>Source: https://www.t-mobile.com/support/home-internet/5g-gateway-g5<br><br>As shown in the exemplary image below, Arcadyan WE8214443 T-Mobile mesh Wi-Fi extender (V2) indicates support for 802.11be.<br><br>**Set up**<br>Set up your T-Mobile 5G Gateway (G4AR, G4SE, G5AR, or G5SE) before the mesh Wi-Fi extender<br><br>**Wi-Fi connectivity**<br>• 11be/ax 4x4 2.4 GHz<br>• 11be/ax 4x4 5 GHz<br><br>Source: https://www.t-mobile.com/support/home-internet/mesh-wifi-extender-v2 |

| Claim | Identification |
| --- | --- |
| | **3.2 Definitions specific to IEEE 802.11**<br><br>**access point (AP) multi-link device (MLD):** [AP MLD] An MLD, where each station (STA) affiliated with the MLD is an AP.<br><br>**affiliated AP:** An affiliated station (STA) that is an access point (AP) and the corresponding multi-link device (MLD) is an AP multi-link device (AP MLD).<br><br>**affiliated non-access point (non-AP) station (STA):** [affiliated non-AP STA] An affiliated STA that is a non-AP STA and the corresponding multi-link device (MLD) is a non-AP multi-link device (non-AP MLD).<br><br>**affiliated station (STA):** [affiliated STA] A STA, which can be an access point (AP) or non-access point (non-AP) STA (non-AP STA), that provides link-specific, multi-link device (MLD) lower medium access control (MAC) sublayer and physical layer (PHY) services within an MLD.<br><br>**multi-link operation:** [MLO] Operations between two multi-link devices (MLDs) as described in 35.3 (Multi-link operation (MLO)).<br><br>**multi-link probe request:** A Probe Request frame that is transmitted by a station (STA) affiliated with a non-access point (non-AP) multi-link device (non-AP MLD) carrying a Probe Request Multi-Link element to solicit information of one or more access points (APs) affiliated with an AP multi-link device (AP MLD) as described in 35.3.4.2 (Use of multi-link probe request and response).<br><br>**multi-link probe response:** A Probe Response frame transmitted by an access point (AP) affiliated with an AP multi-link device (AP MLD) carrying a Basic Multi-Link element in response to a multi-link probe request to provide complete profile or requested information of one or more access points (APs) affiliated with an AP MLD as described in 35.3.4.2 (Use of multi-link probe request and response).<br><br>**non-access point (non-AP) multi-link device (MLD):** [non-AP MLD] An MLD, where each station (STA) affiliated with the MLD is a non-access point (non-AP) station (non-AP STA).<br><br>Source: IEEE P802.11be/D7.0, August 2024 |

| Claim | Identification |
|---|---|
| | The multi-link probe request message obtains information about access points affiliated with the G5AR AP-MLD and initiates a registration process with the G5AR AP-MLD wireless local area network.<br><br><br>**Figure 35-5—Possible frame exchange sequences during MLO discovery and ML setup when the AP operating on the channel does not correspond to a nontransmitted BSSID** |

<table>
<tr><th>Claim</th><th>Identification</th></tr>
<tr><td></td><td>35.3.4.2 Use of multi-link probe request and response<br><br>A multi-link probe request allows a non-AP STA affiliated with a non-AP MLD to request an AP affiliated with an AP MLD to include the complete or partial set of capabilities, parameters and operation elements of the AP(s) affiliated with the targeted AP MLD in the response frame. The complete profile and partial profile of a requested AP are defined in 35.3.3.3 (Advertisement of complete or partial per-link information).<br><br>35.3.4.6 Frame exchange sequences during MLO discovery and ML setup<br><br>A non-AP MLD is expected to discover an AP MLD and affiliated AP(s) of interest before initiating an ML setup with the AP MLD. The non-AP MLD can use one or a combination of the following methods for discovering the AP MLD and affiliated AP(s) of interest:<br>— Through each of its affiliated STAs, perform passive scanning by following the procedure defined in 11.1.4.2 (Passive scanning) or active scanning by following the procedure defined in 11.1.4.3 (Active scanning and probing procedures).<br>— Through one of its affiliated STAs, transmit a multi-link probe request on any link that the AP MLD is operating on, with the frame addressed to the affiliated AP operating on that link, to obtain information about the AP MLD and its affiliated AP(s) by following the procedure defined in 35.3.4.2 (Use of multi-link probe request and response).<br><br>Source: IEEE P802.11be/D7.0, August 2024</td></tr>
<tr><td>12[c] transmit a response message to the second device, the response message comprising a first identifier (ID) that identifies at least one of the first or second wireless device and registration information that identifies the WLAN.</td><td>The Accused Products transmit a response message to the second device, the response message comprising a first identifier (ID) that identifies at least one of the first or second wireless device and registration information that identifies the WLAN.<br><br>For example, in response to multi-link probe request message, the affiliated access point of the G5AR gateway transmits a multi-link probe response message comprising a Basic Multi-Link element.<br><br>The response message (e.g., multi-link probe response) comprising a first identifier (ID) (e.g., the TA or RA of the response) identifies at least one of the first or second wireless device and registration information (e.g., MLD</td></tr>
</table>

| Claim | Identification |
|---|---|
| | MAC Address, STA MAC Address, and STA Profile fields contained in a Basic Multi-Link element of the response) that identifies the WLAN.<br><br>**3.2 Definitions specific to IEEE 802.11**<br><br>**access point (AP) multi-link device (MLD):** [AP MLD] An MLD, where each station (STA) affiliated with the MLD is an AP.<br><br>**affiliated AP:** An affiliated station (STA) that is an access point (AP) and the corresponding multi-link device (MLD) is an AP multi-link device (AP MLD).<br><br>**affiliated non-access point (non-AP) station (STA):** [affiliated non-AP STA] An affiliated STA that is a non-AP STA and the corresponding multi-link device (MLD) is a non-AP multi-link device (non-AP MLD).<br><br>**affiliated station (STA):** [affiliated STA] A STA, which can be an access point (AP) or non-access point (non-AP) STA (non-AP STA), that provides link-specific, multi-link device (MLD) lower medium access control (MAC) sublayer and physical layer (PHY) services within an MLD.<br><br>**multi-link probe request:** A Probe Request frame that is transmitted by a station (STA) affiliated with a non-access point (non-AP) multi-link device (non-AP MLD) carrying a Probe Request Multi-Link element to solicit information of one or more access points (APs) affiliated with an AP multi-link device (AP MLD) as described in 35.3.4.2 (Use of multi-link probe request and response).<br><br>**multi-link probe response:** A Probe Response frame transmitted by an access point (AP) affiliated with an AP multi-link device (AP MLD) carrying a Basic Multi-Link element in response to a multi-link probe request to provide complete profile or requested information of one or more access points (APs) affiliated with an AP MLD as described in 35.3.4.2 (Use of multi-link probe request and response). |

| Claim | Identification |
| --- | --- |
| | **35.3.4.2 Use of multi-link probe request and response**<br><br>A multi-link probe request allows a non-AP STA affiliated with a non-AP MLD to request an AP affiliated with an AP MLD to include the complete or partial set of capabilities, parameters and operation elements of the AP(s) affiliated with the targeted AP MLD in the response frame. The complete profile and partial profile of a requested AP are defined in 35.3.3.3 (Advertisement of complete or partial per-link information).<br><br>**35.3.4.6 Frame exchange sequences during MLO discovery and ML setup**<br><br>A non-AP MLD is expected to discover an AP MLD and affiliated AP(s) of interest before initiating an ML setup with the AP MLD. The non-AP MLD can use one or a combination of the following methods for discovering the AP MLD and affiliated AP(s) of interest:<br>— Through each of its affiliated STAs, perform passive scanning by following the procedure defined in 11.1.4.2 (Passive scanning) or active scanning by following the procedure defined in 11.1.4.3 (Active scanning and probing procedures).<br>— Through one of its affiliated STAs, transmit a multi-link probe request on any link that the AP MLD is operating on, with the frame addressed to the affiliated AP operating on that link, to obtain information about the AP MLD and its affiliated AP(s) by following the procedure defined in 35.3.4.2 (Use of multi-link probe request and response). |

| Claim | Identification |
| --- | --- |
| |  <br>**Figure 35-5—Possible frame exchange sequences during MLO discovery and ML setup when the AP operating on the channel does not correspond to a nontransmitted BSSID** |

| Claim | Identification |
|---|---|
| | A multi-link probe response is a Probe Response frame:<br>— that is transmitted in response to a received multi-link probe request<br>— and that includes a Basic Multi-Link element which can carry complete or partial profile(s), based on the soliciting request, for each of the requested AP(s) affiliated with the targeted AP MLD.<br><br>If an AP that is affiliated with an AP MLD receives a multi-link probe request from a non-AP STA affiliated with a non-AP MLD requesting a complete profile for a requested AP, it shall respond with a multi-link probe response that includes a Basic Multi-Link element with a per-STA profile with a complete profile for the requested AP subject to the rules defined in 11.1.4.3.4 (Criteria for sending a response). If it receives a multi-link probe request from a non-AP STA affiliated with a non-AP MLD requesting partial profile for a requested AP, it shall respond with a multi-link probe response that includes a Basic Multi-Link element with a per-STA profile with at least the elements requested from the (Extended) Request element for the requested AP, unless the elements requested are not part of the complete profile for the requested AP and subject to the rules defined in 11.1.4.3.4 (Criteria for sending a response).<br><br><br><br><br>**Figure AH-19—Contents of a multi-link probe response, when soliciting frame was directed to the transmitted BSSID, transmitted by an AP affiliated with an AP MLD that is a member of multiple BSSID set during MLO discovery** |

| Claim | Identification |
|---|---|
| | (figures and table below) |

| | Element ID | Length | Element ID Extension | Multi-Link Control | Common Info | Link Info |
|---|---|---|---|---|---|---|
| Octets: | 1 | 1 | 1 | 2 | variable | variable |

**Figure 9-1074m—Multi-Link element format**

| | B0 B2 | B3 | B4 B15 |
|---|---|---|---|
| | Type | Reserved | Presence Bitmap |
| Bits: | 3 | 1 | 12 |

**Figure 9-1074n—Multi-Link Control field**

**Table 9-417f—Type subfield encoding**

| Type subfield value | Multi-Link element variant name | Variant specific format |
|---|---|---|
| 0 | Basic | See 9.4.2.322.2 (Basic Multi-Link element) |
| 1 | Probe Request | See 9.4.2.322.3 (Probe Request Multi-Link element) |

| | Common Info Length | MLD MAC Address | Link ID Info | BSS Parameters Change Count | Medium Synchronization Delay Information |
|---|---|---|---|---|---|
| Octets: | 1 | 6 | 0 or 1 | 0 or 1 | 0 or 2 |

| | EML Capabilities | MLD Capabilities And Operations | AP MLD ID | Extended MLD Capabilities And Operations |
|---|---|---|---|---|
| Octets: | 0 or 2 | 0 or 2 | 0 or 1 | 0 or 2 |

**Figure 9-1074p—Common Info field of the Basic Multi-Link element format**

| Claim | Identification |
|---|---|
| | |

**9.4.2.322.2.4 Link Info field of the Basic Multi-Link element**

If the Link Info field is present, it consists of one or more Per-STA Profile subelements along with other optional subelements in Table 9-417g (Optional subelement IDs for Link Info field of the Multi-Link element).

| | Subelement ID | Length | STA Control | STA Info | STA Profile |
|---|---|---|---|---|---|
| Octets: | 1 | 1 | 2 | variable | variable |

**Figure 9-1074u—Per-STA Profile subelement format of the Basic Multi-Link element**

| | B0 B3 | B4 | B5 | B6 | B7 | B8 | B9 | B10 | B11 | B12 B15 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Link ID | Complete Profile | STA MAC Address Present | Beacon Interval Present | TSF Offset Present | DTIM Info Present | NSTR Link Pair Present | NSTR Bitmap Size | BSS Parameters Change Count Present | Reserved |
| Bits: | 4 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 4 |

**Figure 9-1074v—STA Control field format of the Basic Multi-Link element**

The Link ID subfield is as defined in 9.4.1.77 (Link ID Info field) and specifies a value that uniquely identifies the link where the reported STA is operating on (see 35.3.3.2 (Link ID)).

| | STA Info Length | STA MAC Address | Beacon Interval | TSF Offset | DTIM Info | NSTR Indication Bitmap | BSS Parameters Change Count |
|---|---|---|---|---|---|---|---|
| Octets: | 1 | 0 or 6 | 0 or 2 | 0 or 8 | 0 or 2 | 0 or 1 or 2 | 0 or 1 |

**Figure 9-1074w—STA Info field format of the Basic Multi-Link element**

The STA MAC Address subfield of the STA Info field carries the MAC address of the STA that operates on the link identified by the Link ID subfield and is affiliated with the same MLD as the STA that transmits the Basic Multi-Link element.

Source: IEEE P802.11be/D7.0, August 2024

| Exemplary Accused Products |
|---|
| G5AR |
| Arcadyan WE8214443 T-Mobile mesh Wi-Fi extender (V2) |