**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| MALIKIE INNOVATIONS LTD. and KEY PATENT INNOVATIONS LTD., | § | |
| Plaintiffs, | § | Civil Action No. 2:26-cv-876 |
| v. | § | |
| ARCADYAN TECHNOLOGY CORPORATION, | § | JURY TRIAL DEMANDED |
| Defendant. | § | |

**PLAINTIFFS' NOTICE OF RELATED CASES**

Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd. (collectively, "Plaintiffs") identify the following related cases filed in this Court:

- *Malikie Innovations Ltd., et al. v. Hisense Co., Ltd., et al.*, Case No. 2:26-cv-00288-JRG-RSP (filed on Apr. 9, 2026);
- *Malikie Innovations Ltd., et al. v. TCL Industries Holdings Co., Ltd., et al.* Case No. 2:26-cv-00413-JRG-RSP (filed on May 18, 2026); and
- *Malikie Innovations Ltd., et al. v. Sercomm Corporation* Case No. 2:26-cv-00728-JRG-RSP (filed on Aug. 21, 2026)

Dated: September 30, 2026

Respectfully submitted,

*/s/Patrick Colsher by permission Claire Abernathy Henry*
Patrick Colsher – LEAD ATTORNEY
Khue Hoang
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
650 Fifth Avenue, Suite 2320
New York, NY 10019
Tel: (212) 381-1965
pcolsher@reichmanjorgensen.com
khoang@reichmanjorgensen.com

*Of Counsel:*

Claire Abernathy Henry
Texas State Bar No. 24053063
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Tel: (903) 757-6400
claire@millerfairhenry.com

Naveed Hasan
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Tel: (202) 894-7310
nhasan@reichmanjorgensen.com

Matthew G. Berkowitz
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com

*Attorneys for Plaintiffs*
*Malikie Innovations Ltd. and*
*Key Patent Innovations Ltd.*